## MOORE v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 119, September Term, 1965.]

*Decided June 6, 1966.*

Before HAMMOND, MARBURY, OPPENHEIMER, BARNES and McWILLIAMS, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Jones in the court below.

*Application denied.*